he had intestinal problems; he was not motivated to continue working; and he became isolated and withdrawn from his friends and coworkers. In addition, complainant has worked as a probation officer for 20 years, but for the last eight years was not permitted to continue his direct supervision of probationers, such that he in effect was terminated from his job by petitioner based on the material change in his job duties. We thus conclude that the award of $25,000 for mental anguish should not be disturbed (*see generally Matter of New York State Off. of Mental Health v New York State Div. of Human Rights*, 75 AD3d 1023, 1023-1024 [2010]; *Matter of Kowalewski v New York State Div. of Human Rights*, 26 AD3d 888, 889 [2006]). Present—Centra, J.P., Carni, Sconiers and Pine, JJ.

In the Matter of STEVEN B. ALDERMAN, an Attorney, Resignor. [910 NYS2d 391]—Order entered accepting resignation and striking name from roll of attorneys. Present—Martoche, J.P., Carni, Lindley and Green, JJ. (Filed Oct. 28, 2010.)

In the Matter of JAMES MARSHALL STEARNS, an Attorney, Resignor. [910 NYS2d 394]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed Oct. 20, 2010.)

In the Matter of HARRY ANSEL INMAN, an Attorney, Resignor. [910 NYS2d 759]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Oct. 27, 2010.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL PITTMAN, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHARYE JARVIS, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Carni, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HOWINGTON, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN GARCIA, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Sconiers and Green, JJ.